UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| HUGUETTE NICOLE YOUNG, | Civil No. 20-2144 (JRT/DTS) |
| Plaintiff, | |
| v. | ORDER |
| KEITH ELLISON, | |
| Defendant. | |

---

Huguette Nicole Young, 24968 Lawrence Road, Junction City, OR 97448, *pro se* plaintiff.

Elizabeth C Kramer, **OFFICE OF MINNESOTA ATTORNEY GENERAL,** Solicitor Division, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101 for defendant.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated December 14, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

2.  Young's Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 2; Motion for a Speedy Hearing Under Rule 57 of Fed. R. Civ. P., ECF No. 3; and Motion for Email Filing and Notification, ECF No. 4, are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 26, 2021
at Minneapolis, Minnesota

                                        s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                        Chief Judge
                                        United States District Court